### UNITED STATES of America, Plaintiff–Appellee,

v.

### Errol Anthony LLOYD, a/k/a Teech, Defendant–Appellant.

#### No. 02–6495.

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 7, 2002.

Errol Anthony Lloyd, Appellant Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Errol Anthony Lloyd seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Lloyd,* Nos. CR–96–463–A; CA–00–1176–AM (E.D. Va. Jan. 4, 2002; filed Feb. 11, 2002 & entered Feb. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*